# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAYLOR R. KRYSTKOWIAK,**

    **Plaintiff,**

**v.**                                                                     **Case No: 6:17-cv-58-Orl-22GJK**

**HERON FINANCIAL PARTNERS, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 22) filed on May 30, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 1, 2017 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement is hereby GRANTED. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 5, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties